

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Juan Gonzales, Jr.,                          * From the 441st District Court
                                                of Midland County
                                                Trial Court No. CR47775.

Vs. No. 11-17-00245-CR                  * August 8, 2019

The State of Texas,                        * Memorandum Opinion by Wright, S.C.J.
                                                (Panel consists of: Bailey, C.J.,
                                                Stretcher, J., and Wright, S.C.J.,
                                                sitting by assignment)
                                                (Willson, J., not participating)

    This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.